IN THE UNITED STATES DISTRICT COURT
FOR SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:21-cv-00887-DWD |
| ) | |
| JOSHUA W. EVERETT, MARIE R. ) | |
| ELLIOTT, and ILLINOIS HOUSING ) | |
| DEVELOPMENT AUTHORITY, ) | |
| ) | |
| Defendants. ) | |

### DECREE CONFIRMING U.S. MARSHAL'S REPORT OF SALE

**DUGAN, District Judge:**

Acting United States Marshal, Jeremy Wyatt, appointed by the Court to make sale and carry into effect the Court's Order directing the sale of mortgaged property (Doc. 19), has provided a Report of Sale (Doc. 22). The Court has examined the Report of Sale (Doc. 22) and finds the United States Marshal has proceeded according to the terms of the Court's Order directing the sale of mortgaged property (Doc. 19) and that the sale was fairly made.

Accordingly, it is ORDERED that the proceeds of the sale and the report of the United States Marshal are hereby approved and confirmed.

**SO ORDERED.**

Dated: August 4, 2022.

DAVID W. DUGAN
United States District Judge